## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02287-RPM-MJW

SARAH GILLIS,

        Plaintiff,

v.

LHR, INC., a New York corporation,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney's fees and costs.

Dated: January 3rd , 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        U.S. DISTRICT JUDGE